STATE OF NEW JERSEY v. STEPHEN TROIANO.
Supreme Court of New Jersey.

Jan. 20, 1987.

Petition for certification denied.

WELMARK HEALTHCARE CENTER, INC., ETC.,
ET AL. v. TOWNSHIP OF CHESTER BOARD
OF ADJUSTMENT, ET AL.

January 21, 1987.

Petition for certification denied.

SAMANTHA LINEBAUGH, ETC., ET AL. v.
HAYWORTH HYNDMAN, ET AL.

January 21, 1987.

Petition for certification granted.   (See 213 *N.J.Super.* 117)

PAMELA ROBERTS v. NEW JERSEY MANUFACTURERS
INSURANCE COMPANY.

January 21, 1987.

Petition for certification denied.

GAYNELLE WILSON, ETC. v. UNSATISFIED CLAIM
AND JUDGMENT FUND BOARD.

January 21, 1987.

Petition for certification granted.   (See 213 *N.J.Super.* 520)